SO ORDERED: January 6, 2015.



_____
**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMIE PAUL FERGUSON, ) <br> dba HOME DELIVERY SERVICES, ) <br> fdba 4 FERGZ, ) <br>    ) <br>    ) <br> Debtor. ) | CASE NO. 14-06618-RLM-7 |

### ORDER ON MOTION TO EXTEND BAR DATE FOR FILING COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Management 2000 Benefits, Inc., d/b/a Payroll Disbursement Account, Inc., having filed a Motion To Extend Bar Date For Filing Complaint To Determine Dischargeability of Debt, which requests an extension of 30 days to and including January 29, 2015, to file a Complaint To Determine Discharegability of Debt, and the court having reviewed the Motion, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Management 2000 Benefits, Inc. shall have an extension of 30 days to and including January 29, 2015, to file a Complaint To Determine Dischargeability of Debt.

###